[No. 30105-5-I.    Division One.    March 28, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
EARL ROLLINS, *Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 91-1-00524-1, Michael F. Moynihan, J.,
entered January 14, 1992. *Dismissed* by unpublished per
curiam opinion.

[No. 29827-5-I.    Division One.    March 28, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE
GONZALES MARTINEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-03895-0, Norma Smith Huggins, J., entered
December 6, 1991. *Dismissed* by unpublished per curiam
opinion.

[No. 31557-9-I.    Division One.    March 28, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. CARLOS
MARTIN-RAMIREZ, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-8-04152-1, Richard M. Ishikawa, J., entered
September 1, 1992. *Affirmed* by unpublished per curiam
opinion.

[No. 31436-0-I.    Division One.    March 28, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN
DONALD SCHNEIDER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-00768-8, Jim Bates, J., entered September
8, 1992. *Dismissed* by unpublished per curiam opinion.